UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Dorothy Held,

                    Plaintiff,

    -against-

Global Credit & Collection Corp.,

                    Defendant(s).
-----------------------------------------------------------------X

Civil Action No.: 11 CV 0244

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Dorothy Held, by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Global Credit & Collection Corp. with prejudice.

Dated: February 23, 2011
        New York, New York

For: **Dorothy Held**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

By: _____
Hon. _____ , USDJ